## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### (337) 433-9403

Annette Fuller Roach
Louisiana Appellate Project
P. O. Box 1747
Lake Charles LA 70602-1747

Donald Runnels
A.P.S.O. #82006 DOC No. 187611
675 Governemnt Street
Marksville LA 71351


## REHEARING ACTION: January 9, 2013


**Docket Number: 12   00167-KA**

**STATE OF LOUISIANA**
**VERSUS**
**DONALD RUNNELS**

**Appealed from Allen Parish Case No. CR-2010-5578**


**BEFORE JUDGES:**

   **Hon. Sylvia R. Cooks**
   **Hon. Marc T. Amy**
   **Hon. Phyllis M. Keaty**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Donald Runnels** has this day been

   **DENIED.**


cc: Herbert Todd Nesom, Counsel for the Appellee
    Joe Green, Counsel for the Appellee